66333.081
\\assb-data\docs\gea\palmer.rodney\mot dismiss (stip of dismissal).docx
5/22/18/GEA/gsl

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RODNEY PALMER<br>    Plaintiff, | §<br>§<br>§ | |
| vs. | § | Civil Action No. 5:17-CV-262 |
| | § | |
| FRENCH TRUCKING, INC. and<br>JO CAROL SLAVEN<br>    Defendants. | §<br>§<br>§<br>§ | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, RODNEY PALMER, and pursuant to FED. R. CIV. P. 41(a), files this his Agreed Stipulation of Dismissal with Prejudice in the above-entitled and numbered cause.

### STIPULATIONS

1. Plaintiff, RODNEY PALMER, stipulates to the dismissal of each and all of his causes of action asserted against Defendants, FRENCH TRUCKING, INC. AND JO CAROL SLAVEN, in this action, with prejudice to said actions being refiled against Defendants.

2. All parties hereto stipulate that taxable costs of court shall be borne by the party incurring same.

Respectfully submitted,

GOWAN ELIZONDO
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78401
Telephone: (361) 651-1000
Telecopier: (361) 651-1001

By: _____
GREGORY L. GOWAN
State Bar No. 00795384

ATTORNEY FOR PLAINTIFF
RODNEY PALMER


ADAMI, SHUFFIELD, SCHEIHING & BURNS, P.C.
SWBC Tower
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228
E-mail: jrocha@adamilaw.com


By: /s/ Javier Rocha
JAVIER ROCHA
State Bar No. 24070518

ATTORNEY FOR DEFENDANTS
FRENCH TRUCKING, INC. AND
JO CAROL SLAVEN