IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RODNEY PALMER<br>Plaintiff, | § § § | |
| vs. | § § | Civil Action No. 5:17-CV-262 |
| FRENCH TRUCKING, INC. and<br>JO CAROL SLAVEN<br>Defendants. | § § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be considered the agreed motion to dismiss of the Plaintiff and Defendants in the above-styled and numbered cause. The parties have indicated to the Court that they have compromised and settled their differences and request the Court to enter a dismissal. The Court, having considered the agreed motion, finds that the following orders should be entered.

IT IS THEREFORE ORDERED that the agreed motion to dismiss be, and it is hereby, GRANTED.

IT IS FURTHER ORDERED that the above cause be, and it hereby is, DISMISSED with PREJUDICE, with each party to bear its own costs.

The Clerk's Office is INSTRUCTED to ENTER JUDGMENT and CLOSE THIS CASE.

IT IS SO ORDERED.

DATED: San Antonio, Texas, May 22, 2018.

_____
David Alan Ezra
Senior United States Distict Judge

1